KARL J. KRAMER (CA SBN 136433)
KKramer@mofo.com
DIANA LUO (CA SBN 233712)
DLuo@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Plaintiff
ALTERA CORPORATION

FABIO E. MARINO (State Bar No. 183825)
JUDITH S.H.HOM (State Bar No. 203482)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:      (650) 614-7400
Facsimile:       (650) 614-7401

Attorneys for Defendant
Intellitech Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALTERA CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>INTELLITECH CORPORATION,<br><br>             Defendant. | Case No.   3:10-cv-05866-WHA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER OF CONTINUANCE** |

1   WHEREAS the parties have executed a settlement agreement resolving this action;

2   WHEREAS the parties' settlement will also resolve pending litigation in another
3   district;

4   WHEREAS certain logistical aspects of the agreement will require up to two additional
5   weeks before the agreed-upon stipulation of dismissal will be filed in this action;

6   WHEREAS the Case Management Conference currently scheduled in this action for
7   March 31, 2011 is unnecessary and would be wasteful of the Court's and the parties' time;

8   IT IS HEREBY STIPULATED by and between the parties to this action through their
9   designated legal counsel that, that the Case Management Conference currently scheduled for
10  March 31, 2011 be continued to April 14, 2011, and, if the parties have not yet filed a
11  stipulated dismissal by then, that the required Case Management Conference Statement be filed
12  on April 6, 2011.

14  Dated: March 23, 2011                KARL J. KRAMER
                                         DIANA LUO
15                                       MORRISON & FOERSTER LLP

17                                       By:   /s/Karl J. Kramer
                                               KARL J. KRAMER
18
                                         Attorneys for Plaintiff
19                                       ALTERA CORPORATION

21  Dated: March 23, 2011                FABIO E. MARINO
                                         JUDITH S.H. HOM
22                                       ORRICK, HERRINGTON & SUTCLIFF LLP

24                                       By:   /s/Judith S.H. Hom
                                               Judith S.H. Hom
25
                                         Attorneys for Defendant
26                                       INTELLITECH CORPORATION

STIPULATION AND PROPOSED ORDER OF CONTINUANCE
Case No.  3:10-CV-05866-WHA

1  I, Karl J. Kramer, am the ECF User whose ID and password are being used to file this **STIPULATION AND PROPOSED ORDER OF CONTINUANCE.**  In compliance with General Order 45, X.B., I hereby attest that Judith S. Hom has concurred in this filing.

Dated:  March 23, 2011        MORRISON & FOERSTER LLP


By:    /s/Karl J. Kramer
       Karl J. Kramer

Attorneys for Plaintiff
Altera Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The CMC is set for 4/14/11 at 3:00 p.m.

Dated: March 24, 2011

There will be no further continuances.

_____
Honorable William H. Alsup
United States District Judge
Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge William Alsup]*